**Order filed, April 6, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-01070-CR

———————

**BEVERLY MARIE THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1317704**

## ORDER

The reporter's record in this case was due **January 31, 2012**, 2012. *See* Tex. R. App. P. 35.1. On February 13, 2012, this court ordered the court reporter to file the record within 15 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Wong Lee**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Wong Lee** does not timely file

the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM